**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

___

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | Civil No. 09-0329 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| TOMLINSON & SONS, INCORPORATED AND ROBERT GIBB & SONS, INC., | |
| Defendants. | |

___

Edward Ordonez and John Flaherty, **COZEN O'CONNOR,** 222 South Riverside Plaza, Suite 1500, Chicago, IL 60606; Thomas Gilligan, Jr., **MURNANE BRANDT, PA,** 30 East Seventh Street, Suite 3200, St. Paul, MN 55101, for plaintiff.

Randall Bakke, **SMITH BAKKE PORSBORG & SCHWEIGERT,** Post Office Box 460, Bismark, ND 58502, for Defendant Tomlinson & Sons, Incorporated.

Corey Quinton, Paul Oppegard, and Troy Wolf, **OPPEGARD, WOLF & QUINTON**, Post Office Box 657, Moorhead, MN 56561, for Defendant, Robert Gibb & Sons, Inc.

This matter is before the Court upon the stipulation of dismissal with prejudice filed by Defendant Tomlinson & Sons, Incorporated and Defendant Robert Gibb & Sons, Inc. on February 23, 2010 [Docket No. 41].

**IT IS HEREBY ORDERED THAT:**

1.   All cross-claims of Tomlinson & Sons, Incorporated and Robert Gibb & Sons, Inc. against each other are hereby dismissed in their entirety, with prejudice and without costs to any party.

2. This Order is not a dismissal of plaintiff's claims against defendant Robert Gibb & Sons, Inc.

3. Judgment may be entered accordingly.


DATED: February 24, 2010
at Minneapolis, Minnesota.                s/ John R. Tunheim
                                                               JOHN R. TUNHEIM
                                          United States District Judge