UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

___

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | Civil No. 09-0329 (JRT/RLE) |
| Plaintiff, | |
| v. | |
| TOMLINSON & SONS, INCORPORATED AND ROBERT GIBB & SONS, INC., | **ORDER FOR DISMISSAL** |
| Defendants. | |

___

Edward Ordonez and John Flaherty, **COZEN O'CONNOR,** 222 South Riverside Plaza, Suite 1500, Chicago, IL 60606; Thomas Gilligan, Jr., **MURNANE BRANDT, PA,** 30 East Seventh Street, Suite 3200, St. Paul, MN 55101, for plaintiff.

Randall Bakke, **SMITH BAKKE PORSBORG & SCHWEIGERT,** Post Office Box 460, Bismark, ND 58502, for Defendant Tomlinson & Sons, Incorporated.

Corey Quinton, Paul Oppegard, and Troy Wolf, **OPPEGARD, WOLF & QUINTON**, Post Office Box 657, Moorhead, MN 56561, for Defendant, Robert Gibb & Sons, Inc.

This matter is before the Court upon the stipulation of dismissal with prejudice filed by Plaintiff Farmers Insurance Exchange and Defendant Tomlinson & Sons, Incorporated on February 23, 2010 [Docket No. 39].

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's claims against defendant Tomlinson & Sons, Incorporated are hereby dismissed in their entirety, with prejudice and without costs to any party.

2. This Order is not a dismissal of plaintiff's claims against defendant Robert Gibb & Sons, Inc.

3. Judgment may be entered accordingly.

DATED: February 25, 2010
at Minneapolis, Minnesota.

                                                                s/ John R. Tunheim
                                                                JOHN R. TUNHEIM
                                                         United States District Judge