## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, | Civil No. 09-0329 (JRT/RLE) |
| Plaintiff, | |
| v. | |
| ROBERT GIBB & SONS, INC., | **ORDER FOR DISMISSAL** |
| Defendant. | |

_____

John Flaherty, **COZEN O'CONNOR**, 333 West Wacker Drive, Suite 1900, Chicago, IL 60606, for plaintiff.

Corey Quinton, **OPPEGARD, WOLF & QUINTON,** 1800 30TH Avenue South**,** Moorhead, MN 56561, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on May 20, 2010 [Docket No. 48].

**IT IS HEREBY ORDERED** that plaintiff's claims against defendant Robert Gibb & Sons, Inc. are hereby dismissed in their entirety, with prejudice and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 21, 2010
at Minneapolis, Minnesota.

                                                      s/ John R. Tunheim
                                              JOHN R. TUNHEIM
                                     United States District Judge